05-1630 UNA

Dear Sirs,                                          13 January 2006

Please note a change in my address: Walt Shrum, 03361063
100 Hwy Terr, Leavenworth, KS 66048.

Also A concrete address of correspondence is to be
forwarded to Ms. Cyd Gilman "Attorney at law" 850
Epic Center, 301 N. Main, Wichita, KS 67202.. Ms.
Gilman will then forward it to me personally.

                              Thank
                              Walt S

RECEIVED

MAR 9 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT